1762.

BLOWER
*v.*
CAMPBELL.

</div>

---

## Jones *verſ.* Belcher.

DEBT upon a Bond given here, which it was ſuggeſted was for a Debt due in England. Moved that Engliſh Intereſt only ſhould be paid. Caſes in Eq. 288, cited.

But *the Court* were of Opinion, as the Bond was given to a Perſon here, (not the Creditor in England,) and the Debt was become his, New England Intereſt ought to be granted. (1)

<div align="right">

JONES
*v.*
BELCHER.

Rec. 1762.
Fol. 389.

A Bond given here for a Debt due in England to a third Party, draws New England Intereſt.

</div>

---

(1) This is according to the general rule of computing intereſt according to the *lex loci contractus. Winthrop* v. *Carleton*, 12 Maſs. 4. *Von Hemert* v. *Porter*, 11 Met. 210. But where intereſt is given as damages, the *lex fori* prevails. *Barringer* v. *King*, 5 Gray, 9, 12. *Eaton* v. *Bellus*, 7 Gray, 566.